# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

<u>**Spencer Neal**</u>

   v.                                                          Case No. 23-cv-314-PB
                                                            Opinion No. 2025 DNH 102

<u>**Omni Mount Washington, LLC**</u>

## **ORDER**

Omni Mount Washington, LLC agrees that it has violated Title III of the Americans with Disabilities Act and that plaintiff Spencer Neal is entitled to injunctive relief to remedy those violations. In this order, I award injunctive relief for the violations that Neal has identified in his prior filings. Additional injunctive relief may be awarded in a subsequent order after Neal has submitted a supplemental expert report identifying any additional violations.

Omni is hereby ORDERED to become compliant with Title III of the ADA by modifying and/or remediating the deficiencies identified below at its place of public accommodation within the following timelines:

| LOCATION | BARRIER | REMEDIATION PLAN | COMPLETION DEADLINE |
| --- | --- | --- | --- |
| PARKING LOT | Accessible parking signage | Ensure that accessible parking signage is compliant with | 9 months from date of final judgment |

| | | 2010 ADAS Section 502.6. | |
|---|---|---|---|
| PARKING LOT | Insufficient number of accessible parking stalls | Ensure that parking lot is compliant with 2010 ADAS Section 208.2. | 36 months from date of final judgment |
| ENTRANCE/ LOBBY | Slope of landing at main entrance exceeds 2% | Ensure that landing is compliant with 2010 ADAS Section 404.2.4.4. | 36 months from date of final judgment |
| ENTRANCE/ LOBBY | Exterior door handles | Ensure that operating hardware at exterior doors is compliant with 2010 ADAS Section 404.2.7. | 9 months from date of final judgment |
| ENTRANCE/ LOBBY | Maneuvering space between two doors at side entrance | Ensure that maneuvering space between two doors at the side entrance is compliant with 2010 ADAS Section 404.2.6. | 36 months from date of final judgment |
| ENTRANCE/ LOBBY | Side entrance door vertical change greater than ¼ inch | Ensure that vertical change at side entrance is compliant with 2010 ADAS Section 404.2.5. | 36 months from date of final judgment |

| ENTRANCE/ LOBBY | Guest check-in counter higher than 36" off the finished floor | Ensure that counter surface at guest check-in is compliant with 2010 ADAS Section 904.4.1 | 36 months from date of final judgment |
|---|---|---|---|
| ENTRANCE /LOBBY | Floor mats in lobby not secured in place | Secure carpet to floor surface in compliance with 2010 ADAS 302.2. | 3 months from date of final judgment |
| ENTRANCE/ LOBBY | Interior door threshold has a vertical change greater than ¼ inch | Remove interior door threshold and ensure that it is compliant with 2010 ADAS Section 404.2.5. | 36 months from date of final judgment |
| ENTRANCE/ LOBBY | Service counter is more than 36 inches above finished floor | Install a counter surface at guest check-in that is compliant with 2010 ADAS Section 904.4.1 | 36 months from date of final judgment |
| LOBBY (Men's Bathroom) | Door operating hardware is not accessible | Replace existing door operating hardware with hardware that is compliant with 2010 ADAS Section 404.2.7. | 9 months from date of final judgment |

| LOBBY (Men's Bathroom) | Maneuvering clearance on the pull side of the door extends less than 18 inches beyond the latch side of the door | Ensure that maneuvering clearance on the pull side of the door is compliant with 2010 ADAS Section 404.2.4.1. | 36 months from date of final judgment |
|---|---|---|---|
| LOBBY (Men's Bathroom) | Threshold has vertical change greater than ¼ inch | Remove door threshold and ensure that it is compliant with 2010 ADAS Section 404.2.5. | 36 months from date of final judgment |
| LOBBY: (Men's Bathroom) | Turning space is not provided within the bathroom | Ensure that the turning space within bathroom is compliant with 1991 ADAS Section 4.22.3. | 36 months from date of final judgment |
| LOBBY (Men's Bathroom) | Compliant knee space has not been provided under the sinks | Ensure that knee space under lavatory is compliant with 2010 ADAS Section 306.3.1. | 36 months from date of final judgment |
| LOBBY (Men's Bathroom) | Stall is not compliant (toilet location, grab bars, etc.,) | Ensure that bathroom stall is compliant with 2010 ADAS Section 603.1; 604.4; 604.2; | 36 months from date of final judgment |

| PORCH AREA | No accessible dining surfaces | Ensure that dining area complies with 2010 ADAS Section 226.1. | 9 months from date of final judgment |
|---|---|---|---|
| PORCH AREA | Top of dining surface improper height above floor | Ensure that the tops of dining surfaces are compliant with 2010 ADAS Section 902.3. | 9 months from date of final judgment |
| PORCH AREA | Compliant knee and/or toe clearance; inadequate floor space | Ensure that tables and ground space are compliant with 2010 ADAS Section 305.3; and Section 1005.4. | 9 months from date of final judgment |
| GUEST ROOM 203 | Door operating hardware exceeds maximum height. | Ensure that door operating hardware complies with 2010 ADAS Section 404.2.7. | 36 months from date of final judgment |
| GUEST ROOM 203 | Sign providing directional information is non-compliant. | Ensure that signage providing directional information is compliant with 2010 ADAS Section 216.3. | 36 months from date of final judgment |

| GUEST ROOM 203 | Light switches are too high | Ensure that light switches are compliant with 2010 ADAS Section 308.3.1. | 36 months from date of final judgment |
|---|---|---|---|
| GUEST ROOM 203 | Dresser drawer hardware is not accessible | Ensure that dresser drawer hardware is compliant with 2010 ADAS Section 309.4. | 36 months from date of final judgment |
| GUEST ROOM 203 | Lamp switch is not accessible | Ensure that lamp switch is compliant with 2010 ADAS Sectio 309.4. | 36 months from date of final judgment |
| GUESTROOM 203 | Shelf or storage facility is non-compliant | Ensure that shelf or storage facility is compliant with 2010 ADAS Section 308.2.1 and Section 308.3.1. | 36 months from date of final judgment |
| GUEST ROOM 203 | Route of travel within room does not provide minimum width of 36" | Ensure that route of travel is compliant with 2010 ADAS Section 403.5.1. | 36 months from date of final judgment |

| GUEST ROOM 203 | Clear floor or ground space near exterior window | Ensure that floor or ground space near exterior window is compliant with 2010 ADAS Section 305.3. | 36 months from date of final judgment |
|---|---|---|---|
| GUEST ROOM 203 | Table/desk in room does not have compliant knee or toe clearance | Ensure that table in room is compliant with 2010 ADAS Section 306.2.1. | 36 months from date of final judgment |
| GUEST ROOM 203 (Bathroom) | Flush handle is located on wrong side of toilet | Ensure that flush handle on toilet is compliant with 2010 ADAS Section 604.6. | 36 months from date of final judgment |
| GUEST ROOM 203 (Bathroom) | Rear grab bar (in bathroom) is 1" too high; incorrect length; wrong location; | Ensure that rear grab bar is compliant with 2010 ADAS Section 609.4 and Section 604.5. | 36 months from date of final judgment |
| GUEST ROOM 203 (Bathroom) | Side grab bar (in bathroom) is not long enough; wrong location; too high; | Ensure that side grab bar is compliant with 2010 ADAS Section 604.5; | 36 months from date of final judgment |
| GUEST ROOM 203 (Bathroom) | Toilet is installed in wrong location; obstructed floor space around toilet; | Ensure that toilet is compliant with 2010 ADAS Section 604.3.2. and Section 604.2 | 36 months from date of final judgment |

| GUEST ROOM 203 (Bathroom) | Toilet paper is not installed within compliant range of toilet | Ensure toilet paper location is compliant with 2010 ADAS Section 604.7. | 36 months from date of final judgment |
|---|---|---|---|
| GUEST ROOM 203 (Bathroom) | Water/drain pipes under bathroom sink are not adequately insulated | Ensure that water and drain pipes under sink are compliant with 2010 ADAS Section 606.5. | 36 months from date of final judgment |
| GUEST ROOM 203 (Bathroom) | Towel bar is above maximum height allowed | Ensure that towel bar is compliant with 2010 ADAS Section 308.3.1. | 36 months from date of final judgment |
| GUEST ROOM 203 (Bathroom) | Shower stall is not 60" deep; portable seat is not permitted in roll-in shower; missing folding seat; shower controls are in wrong location | Ensure that shower stall is compliant with 2010 ADAS Section 608.2.2; Section 608.4; Section 610.3.; Section 608.5.2; 608.3.2; | 36 months from date of final judgment |
| GUEST ROOM 203 (Bathroom) | Grab bar (in shower) in wrong location; handheld sprayer needs on/off control; | Ensure that handheld sprayer and grab bar in shower are compliant with 2010 ADAS Section 608.3.2 and Section 608.6. | 36 months from date of final judgment |

| | | | |
|---|---|---|---|
| GUEST ROOM 203 (Bathroom) | Maneuvering clearance by bathroom door is obstructed by furniture | Ensure that maneuvering clearance at bathroom door is compliant with 2010 ADAS Section 404.2.4.1. | 9 months from date of final judgment |
| GUEST ROOM 203 (Bathroom) | Bathroom door operating hardware is not accessible | Ensure that bathroom door operating hardware is compliant with 2010 ADAS Section 404.2.7. | 36 months from date of final judgment |
| GUEST ROOM 203 (Bathroom) | Bathroom window is not accessible because inadequate clear floor space | Ensure that bathroom window is compliant with 2010 ADAS Section 305.3. | 36 months from date of final judgment |
| INDOOR POOL | Spa lift is noncompliant | Ensure that spa lift is compliant with 2010 ADAS Section 1009.2. | 12 months from date of final judgment |
| INDOOR POOL | Pool lift is non-compliant (missing armrests); floor space is obstructed; inaccessible route; | Ensure that pool lift is compliant with 2010 ADAS Section 1009.2.6. and Section 305.3. | 12 months from date of final judgment |

| | | | |
|---|---|---|---|
| INDOOR POOL | Shower compartment is missing folding or non-folding seat | Ensure that shower compartment is compliant with 2010 ADAS Section 608.4. | 36 months from date of final judgment |
| INDOOR POOL (Shower) | Showing is missing handheld spray unit with 60" hose | Ensure that shower has handheld spray unit that complies with 1991 ADAS Section 4.20.6. | 36 months from date of final judgment |
| INDOOR POOL (Shower) | Controls for shower are 1" too high | Ensure that operable parts of controls are compliant with 2010 ADAS Section 608.5.1. | 36 months from date of final judgment |
| INDOOR POOL (Shower) | Coat hook in shower is too high | Ensure that coat hook in shower is compliant with 2010 ADAS Section 308.2.1. | 36 months from date of final judgment |
| INDOOR POOL | Water/drain pipes under sink are not adequately insulated | Ensure that water and drain pipes under sink are compliant with 2010 ADAS Section 606.5. | 24 months from date of final judgment |
| INDOOR POOL | Trash can under sink obstructs knee space | Ensure that knee clearance under sink is compliant with 2010 ADAS Section 306.3.1. | 9 months from date of final judgment |

| | | | |
|---|---|---|---|
| INDOOR POOL | Toilet seat cover dispenser is in wrong location in stall | Ensure that toilet seat cover dispenser is compliant with 2010 ADAS Section 309.2. | 36 months from date of final judgment |
| INDOOR POOL (Locker Room) | Locker room door opening doesn't have adequate floor maneuvering space | Ensure that locker room door opening is compliant with 2010 ADAS Section 404.2.4 | 24 months from date of final judgment |
| INDOOR POOL | Towel hooks in pool area; no clear floor space; installed too high. | Ensure that towel hooks are compliant with 2010 ADAS Section 305.3 and Section 308.2.1. | 36 months from date of final judgment |
| INDOOR POOL | Coat hooks extend too close to route of travel; no clear floor space; installed too high | Ensure that coat hooks are compliant with 2010 ADAS Section 307.3. | 36 months from date of final judgment |
| OUTDOOR POOL | Threshold at doorway to outside has vertical change greater than ¼" | Ensure that threshold has vertical change that is compliant with 2010 ADAS Section 404.2.5. | 12 months from date of final judgment |

| OUTDOOR POOL | Accessible route to outdoor pool has slopes exceeding 5%; and no compliant handrails | Ensure that accessible route to outdoor pool is compliant with 2010 ADAS Section 403.3. and Section 405.2. | 12 months from date of final judgment |
|---|---|---|---|
| OUTDOOR POOL | Pool gate operating hardware is non-compliant; too high | Ensure that pool gate operating hardware is compliant with 2010 ADAS Section 309.4. and Section 404.2.7. | 36 months from date of final judgment |
| OUTDOOR POOL | No accessible dining surfaces in outdoor pool area; compliant knee and/or toe clearance is needed at poolside | Ensure that dining surfaces are compliant with 2010 ADAS Section 226.1. and Section 306.2.1. | 36 months from date of final judgment |
| OUTDOOR POOL | Handheld sprayer (in outdoor shower) is mounted too high; on/off controls; grab bar wrong location | Ensure that handheld sprayer is compliant with 2010 ADAS Section 608.6. and grab bar is compliant with 2010 ADAS Section 609.3 | 36 months from date of final judgment |

| | | | |
|---|---|---|---|
| OUTDOOR POOL | Water/drain pipes under sink are not adequately insulated | Ensure that piping under sink are compliant with 2010 ADAS Section 606.5. | 36 months from date of final judgment |
| OUTDOOR POOL | Top rim of sink is 1" too high | Ensure that height of sink is compliant with 2010 ADAS Section 606.3. | 36 months from date of final judgment |
| OUTDOOR POOL | Back gate operating hardware is not accessible; wrong height; inadequate maneuvering space | Ensure that back gate operating hardware is compliant with 2010 ADAS Section 309.4.; Section 404.2.7. and Section 404.2.4.1. | 24 months from date of final judgment |
| OUTDOOR POOL | No accessible route to firepit | Ensure that route to firepit is compliant with 2010 ADAS Section 206.2.2. | 36 months from date of final judgment |
| LAUNDRY AREA | Threshold at entrance has vertical change greater than ¼" | Ensure that threshold is compliant with 2010 ADAS Section 404.2.5. | 36 months from date of final judgment |

| LAUNDRY AREA | Door operating hardware is not accessible | Ensure that door operating hardware is compliant with 2010 ADAS Section 404.2.7. | 9 months from date of final judgment |
|---|---|---|---|
| LAUNDRY AREA | Inadequate maneuvering clearance near door (push and pull sides) | Ensure that maneuvering on the pull side of the door is compliant with 2010 ADAS Section 404.2.4.1. | 36 months from date of final judgment |
| LAUNDRY AREA | Inadequate turning clearance | Ensure that turning space in laundry area is compliant with 2010 ADAS Section 304.3.1; and Section 304.3.2. | 36 months from date of final judgment |
| LAUNDRY AREA | Height of workspace; non-compliant knee/toe clearance | Ensure that workspace is compliant with 2010 ADAS Section 902.3 and Section 306.2.1. | 36 months from date of final judgment |
| LAUNDRY AREA | Paper towel dispenser too high | Ensure that paper towel dispenser is compliant with 2010 ADAS Section 306.3.3. | 9 months from date of final judgment |

| LOWER LEVEL STORE | Route of travel less than 36" minimum width | Ensure that route of travel is compliant with 2010 ADAS Section 403.5.1. | 9 months from date of final judgment |
|---|---|---|---|
| LOWER LEVEL STORE | Maneuvering clearance at door exceeds 2% slope | Ensure that maneuvering clearance at door is compliant with 2010 ADAS Section 404.2.4.4. | 36 months from date of final judgment |
| LOWER LEVEL STORE | Inadequate clear floor space | Ensure that floor space complies with 2010 ADAS Section 305.3. | 36 months from date of final judgment |
| LOWER LEVEL STORE | Coat hooks are too high | Ensure that coat hooks are compliant with 2010 ADAS Section 308.3.1. | 36 months from date of final judgment |
| LOWER LEVEL STORE | No accessible fitting and/or dressing room | Ensure that dressing room is compliant with 2010 ADAS Section 222.1. | 36 months from date of final judgment |
| LOWER LEVEL RESTROOM | Paper towel dispenser is too high from floor | Ensure that paper towel dispenser is compliant with 2010 ADAS Section 308.2.1. | 9 months from date of final judgment |

| LOWER LEVEL RESTROOM | Water/drain pipes under sink are not insulated | Ensure that pipes under sink are compliant with 2010 ADAS Section 606.5. | 24 months from date of final judgment |
|---|---|---|---|
| 2nd FLOOR VENDING | Vending room door operating hardware is not accessible | Ensure that vending room door operating hardware is compliant with 2010 ADAS Section 404.2.7. | 36 months from date of final judgment |
| 2nd FLOOR VENDING | Compliant room identification sign is missing from latch side of door | Ensure that room identification sign is compliant with 2010 ADAS Section 216.2 and Section 703.4.2. | 36 months from date of final judgment |
| 2nd FLOOR VENDING | Vending controls are too high | Ensure that vending controls are compliant with 2010 ADAS Section 308.3.1. | 24 months from date of final judgment |
| OTHER GUEST ROOMS | Not enough accessible rooms designed with mobility features | Ensure that hotel complies with 2010 ADAS Section 224.2. | 36 months from date of final judgment |
| OTHER GUEST ROOMS | Accessible guest rooms are not dispersed among various classes of sleeping accommodations | Ensure that accessible guest rooms comply with 2010 ADAS Section 224.5. | 36 months from date of final judgment |

| OTHER GUEST ROOMS | Vanity countertop space in accessible guest rooms is smaller than vanity counter-top space in non-accessible rooms | Ensure that vanity counter tops are compliant with 2010 ADAS Section 806.2.4.1. | 36 months from date of final judgment |
|---|---|---|---|

SO ORDERED.

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

September 3, 2025

cc:    Counsel of Record